No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MIDDLETON. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) In the matter of the application of John Middleton for admission to the bar. No opinion. Application granted.

MILLER, Appellant, v. QUINCY, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Theodore S. Miller, as a director, etc., against Josiah Quincy, impleaded with others. G. Touchard, for appellant. J. B. Mackie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 88 App. Div. 529, 85 N. Y. Supp. 310.

MILLS v. GORDON. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by Hargraves Mills against William S. Gordon. No opinion. Motion to dismiss appeal denied. Order filed.

MINRATH v. SHATTUCK et al. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Ferdinand R. Minrath, as substituted trustee, etc., against Edwin P. Shattuck, as receiver, and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MITCHELL, Respondent, v. O'GORMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1910.) Action by Grace W. Mitchell against William J. O'Gorman.
PER CURIAM. Judgment and order affirmed, with costs.
THOMAS, J., dissents, upon the ground that plaintiff's counsel persisted in asking questions known to him to be improper, and thereby making suggestions that were prejudicial to the defendant.

In re MOESER. (Supreme Court, Appellate Division, First Department. October, 1909.) In the matter of George Moeser.
PER CURIAM. Motion to dismiss appeal granted, unless appellant have the appeal ready for argument on the first Friday of the December term. See, also, 120 N. Y. Supp. 1136.

MULLANEY, Respondent, v. KINGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by Thomas P. Mullaney against Edward A. Kingston. No opinion. Appeal dismissed, with costs, under general rule No. 39.

MULLIGAN v. SIEFERD. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by William G. Mulligan against Louis Sieferd, as administrator. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MULLIGAN, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Alice Mulligan against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. I. H. Harris, for respondent. No opinion. Judgment and order reversed, as against the weight of evidence, and new trial ordered; costs to appellant to abide event. Order filed.

In re MULVEY. (Supreme Court, Appellate Division, First Department, October, 1909.) In the matter of Peter F. Mulvey.
PER CURIAM. Order modified, as stated in memorandum per curiam, and, as modified, affirmed, without costs. Settle order on notice.

MURPHY, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Daniel J. Murphy against the Prudential Insurance Company of America. No opinion. Motion denied. See, also, 120 N. Y. Supp. 1137.

In re MYERS. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) In the matter of the application of John C. Myers for admission to the bar. No opinion. Application granted.

MYERS, Respondent, v. BRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1909.) Action by Frank L. Myers against Hattie Burge Brick, sometimes called Hattie Burge Myers.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 119 N. Y. Supp. 1136.
SPRING, J., dissents.

NEW YORK CENT. & H. R. R. CO., Appellant, v. LEHRBACH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by the New York Central & Hudson River Railroad Company against Peter Lehrbach and others. No opinion. Appeal dismissed, with costs, under general rule No. 39.

NEYLAN, Respondent, v. JAMES REILLY'S SONS CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Patrick Neylan against the James Reilly's Sons Company. H. S. Sayers, for appellant. L. Steckler, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000, in which event judgment, as